**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Raul RAMIREZ, Defendant–Appellant.**

No. 10–10329.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 19, 2011.

Daniel Gerard Bogden, Esquire, U.S., Robert Lawrence Ellman, Esquire, Assis-

tant U.S., Daniel D. Hollingsworth, Esquire, Kishan Nair, Esquire, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Defendant–Appellant.

Raul Ramirez, Washington, MS, pro se.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Raul Ramirez appeals pro se from the district court's order dismissing his Fed. R.Crim.P. 41(g) motion to return $4,527 seized from him on May 4, 1999. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ramirez contends that the district court erred in dismissing his Rule 41(g) motion as barred by the statute of limitations. The district court did not clearly err in finding that Ramirez's motion was filed on May 8, 2008, and the motion was therefore untimely. *See* 28 U.S.C. § 2401(a).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.